SOCIALISTIC CO-OP. PUB. ASS'N v. KUHN et al. (Supreme Court, Appellate Divi-

sion, First Department. February 16, 1900.) Action by the Socialistic Co-operative Publishing Association against Henry Kuhn and others. No opinion. Motion granted, with $10 costs. See 60 N. Y. Supp. 1148; 61 N. Y. Supp. 1148.